ACCEPTED
03-14-00737-CV
4881019
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/14/2015 1:17:48 PM
JEFFREY D. KYLE
CLERK

**No. 03-14-00737-cv**

_____

**IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS**

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/14/2015 1:17:48 PM
JEFFREY D. KYLE
Clerk

_____

**CHASE CARMEN HUNTER, APPELLANT/PLAINTIFF v. DAVID MATTAX IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF INSURANCE, AND THE TEXAS DEPARTMENT OF INSURANCE, APPELLEES/DEFENDANTS**

_____

**APPELLANT'S NOTICE OF OTHER LITIGATION**

_____

**From Cause D-1-GN-13001957 In The 250th District Travis County, Texas, The Honorable John K. Dietz Presiding**

_____

**Chase Carmen Hunter, pro se
340 S. Lemon Ave. #9039
Walnut, CA 91789
Telephone: 707-706-3647
Facsimile: 703-997-5999
Chase_Hunter@yahoo.com**

TO: THE JUSTICES OF THIS COURT

On April 14, 2015, Appellant filed with this Court a petition for a writ of mandamus directed to the clerk of the Travis County Texas District Court, Velva Price ("Price") because she has refused to provide the record requested and required for this appeal pursuant to Texas Rule of Appellate Procedure 34.5(c)(1) and Texas Gov't Code Section 522 ET SEQ. Hunter filed her request of Price with this court on April 6, 2015, and served it upon Price via efile.

WHEREFORE, notifies this court of this other litigation that affects this appeal. The record in this appeal is not complete, Price knows it is not complete, and Price has refused to perform required duties pursuant to Texas Rule of Appellate Procedure 34.5(c)(1) and Texas Gov't Code Section 522 et seq.

Respectfully Submitted,

/s/ Chase Carmen Hunter

Chase Carmen Hunter
Appellant, pro se
340 S. Walnut Ave. #9039, Walnut, CA 91789
Tel: 707-706-3647, Fax: 703-997-5999
Email: Chase_Hunter@yahoo.com

## CERTIFICATION

I, Chase Carmen Hunter, swear under penalty of perjury that the foregoing statements are true and correct.

_____          ___4/14/2015___
Chase Carmen Hunter

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon the parties shown below as indicated:

Cynthia A. Morales
Assistant Attorney General
By Efile on April 14, 2015
Cynthia.Morales@texasattorneygeneral.gov
Facsimile: (512) 477-2348

_____
Chase Carmen Hunter